JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
ELIA HERRERA (Cal. Bar No. 293278)
Assistant United States Attorneys
International Narcotics, Money Laundering,
 and Racketeering Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-5339/2024
Facsimile:     (213) 894-0141
E-mail:   shawn.nelson@usdoj.gov
          elia.herrera@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:25-CR-00129-CV |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF ELIA HERRERA |
| v. | |
| EDUARDO DOMINGO RENOJ-MATUL, aka "Turko," aka "Turco," aka "El Jefe," aka "Patron," aka "El Gallo," CRISTOBAL MEJIA-CHAJ, HELMER OBISPO-HERNANDEZ, aka "Xabi," aka "Xavi," and JOSE PAXTOR-OXLAJ, aka "Vale Viente," | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal

1 until the government files a "Report Commencing Criminal Action" in
2 this matter.
3     This ex parte application is made pursuant to Federal Rule of
4 Criminal Procedure 6(e)(4) and is based on the attached declaration
5 of Elia Herrera.
6  Dated: February 25, 2025          Respectfully submitted,

                                    JOSEPH T. MCNALLY
                                    Acting United States Attorney

                                    LINDSEY GREER DOTSON
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    /s/ Elia Herrera
                                    _____
                                    ELIA HERRERA
                                    SHAWN J. NELSON
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

2

| | |
|---|---|
| 1 | **DECLARATION OF ELIA HERRERA** |
| 2 | I, Elia Herrera, declare as follows: |
| 3 | 1.  I am an Assistant United States Attorney in the United |
| 4 | States Attorney's Office for the Central District of California.  I |
| 5 | represent the government in the prosecution of <u>United States v.</u> |
| 6 | <u>Eduardo Domingo Renoj-Matul, et al.</u>, the indictment in which is being |
| 7 | presented to a federal grand jury in the Central District of |
| 8 | California on February 25, 2025. |
| 9 | 2.  The defendants charged in the above-captioned indictment |
| 10 | have not been taken into custody on the charges contained in the |
| 11 | indictment and have not been informed that they are being named as |
| 12 | defendants in the indictment to be presented to the grand jury on |
| 13 | February 25, 2025.  The likelihood of apprehending one or more of the |
| 14 | charged defendants might be jeopardized if the indictment in this |
| 15 | case were made publicly available before some of the defendants are |
| 16 | taken into custody on the indictment. |
| 17 | 3.  Accordingly, the government requests that the indictment |
| 18 | and related documents in this case (except the arrest warrants) be |
| 19 | sealed and remain so until one of the defendants is taken into |
| 20 | custody on the charges contained in the indictment and the government |
| 21 | files a "Report Commencing Criminal Action" in this matter. |
| 22 | 4.  I declare under penalty of perjury under the laws of the |
| 23 | United States of America that the foregoing is true and correct and |
| 24 | that this declaration is executed at Los Angeles, California, on |
| 25 | February 23, 2025. |
| 26 | |
| 27 | *Elia Herrera*  _____  ELIA HERRERA |
| 28 | |

1