Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT

**2/25/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY: MMC    DEPUTY

Case Number    2:25-CR-00129-CV

U.S.A. v.  JOSE PAXTOR-OXLAJ

Defendant Number    4

Year of Birth    1980

[✓] Indictment    [ ] Information    Investigative agency (FBI, DEA, etc.)  HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense

[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense   Unknown to present

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles      [ ] Ventura

[ ] Orange           [ ] Santa Barbara

[✓] Riverside        [ ] San Luis Obispo

[✓] San Bernardino   [ ] Other Arizona;Oklaho

Citation of Offense  8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i),

(ii), (iii), (a)(1)(B)(i), (iv); 8 U.S.C. §§ 1324(a)(1)(A)(ii), (a)(1)(A)(v)(

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No     [ ] Yes

If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:  N/A

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide Name:

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?

[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☑ YES    ☐ NO

IF YES, list language and/or dialect:

Spanish; K'iche'

**OTHER**

☑ Male          ☐ Female

☐ U.S. Citizen   ☑ Alien

Alias Name(s)    Vale Viente

This defendant is charged in:

☐ All counts

☑ Only counts:  1, 2

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud     ☐ public corruption

☐ government fraud                ☐ tax offenses

☐ environmental issues            ☐ mail/wire fraud

☐ narcotics offenses             ☑ immigration offenses

☐ violent crimes/firearms        ☐ corporate fraud

☐ Other  _____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:  _____

b. Posted bond at complaint level on:  _____

in the amount of $  _____

c. PSA supervision?    ☐ Yes  ☐ No

d. Is on bail or release from another district:

_____

Defendant is **in custody**:

a. Place of incarceration:    ☐ State   ☐ Federal

b. Name of Institution:  _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge. Date and time of arrest:

_____

e. On another conviction:    ☐ Yes      ☐ No

IF YES :   ☐ State      ☐ Federal     ☐ Writ of Issue

f. Awaiting trial on other charges:  ☐ Yes  ☐ No

IF YES :   ☐ State    ☐ Federal    AND

Name of Court:  _____

Date transferred to federal custody:  _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.  ____ 20  ____ 21  ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  _____

_____

Date    02/23/2025

*Elia Herrera*

Signature of Assistant U.S. Attorney

Elia Herrera

Print Name